IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYEZ MANSOR, *et al.*, | |
| *Plaintiffs*, | No: 2:22-cv-0347JLR |
| v. | The Honorable James L. Robart |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | **[PROPOSED]** ORDER |
| *Defendants*. | |

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

1

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the deadlines with regard to Plaintiffs' Motion for Class Certification (ECF No. 2) and Motion for Preliminary Injunction (ECF No. 3) are extended such that:

(1) The deadline for Defendants' Response to Plaintiffs' Motion for Class Certification is extended to April 17, 2023;

(2) The deadline for Plaintiffs' Reply in support of their Motion for Class Certification is extended to April 28, 2023;

(3) The deadline for Defendants' Response to Plaintiffs' Motion for Preliminary Injunction is extended to April 24, 2023; and

(4) The deadline for Plaintiffs' Reply in support of their Motion for Preliminary Injunction is extended to May 5, 2023.

The Clerk is DIRECTED to renote Plaintiffs' Motion for Class Certification (Dkt. # 2) to April 28, 2023 and to renote Plaintiffs' Motion for Preliminary Injunction (Dkt. # 3) for May 5, 2023.

IT IS SO ORDERED on this 24th day of March, 2023.

_____
Hon. James L. Robart
U.S. District Court Senior Judge

Presented this 9th day of March, 2023, by:

/s/ Matt Adams
Matt Adams
NORTHWEST IMMIGRATION RIGHTS PROJECT
615 Second Ave., Ste. 400

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

[PROPOSED] ORDER
Case No. 2:23-cv-347

Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

*Attorney for Plaintiffs.*

 /s/ *Mary L. Larakers*
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-4419
Email: mary.l.larakers@usdoj.gov

*Attorney for Defendants.*

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

3