IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

FAYEZ MANSOR, *et al.*,

    *Plaintiffs*,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

    *Defendants*.

No: 2:23-cv-347

The Honorable James L. Robart

[~~PROPOSED~~] ORDER

---

[~~PROPOSED~~] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

1

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that Defendants' Reply in support of their Motion to Dismiss (ECF No. 42) shall be filed on or before June 16, 2023.

IT IS SO ORDERED on this 2ND of June, 2023.

Hon. James L. Robart
U.S. District Court Senior Judge

Presented this 1st day of June, 2023, by:

/s/ *Mary L. Larakers*
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-4419
Email: mary.l.larakers@usdoj.gov

*Attorney for Defendants.*

/s/ *Matt Adams*
Matt Adams
NORTHWEST IMMIGRATION RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

*Attorney for Plaintiffs.*

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

2