UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAYEZ MANSOR, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br>et al.,<br><br>            Defendants. | CASE NO. C23-0347JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendants United States Citizenship and Immigration Services ("USCIS"), Secretary Alejandro Mayorkas, and Director Ur Jaddou's (collectively, "Defendants") motion to dismiss, asserting, in part, that Plaintiffs Fayez Mansor and Shukria Zafari lack standing. (MTD (Dkt. # 42) at 7-9.) Defendants argue for the first time on reply that because as of June 9, 2023, USCIS allows Afghan parolees to extend

MINUTE ORDER - 1

their temporary employment authorization free of charge, Mr. Mansor's and Ms. Zafari's theory of standing fails.  (*See* Reply (Dkt. # 47) at 3 & n.2 (citing USCIS press release); *see also* Resp. (Dkt. # 46) at 5-7 (arguing Mr. Mansor and Ms. Zafari's impending loss of employment authorization incident to their parole status confers standing).)  Because Defendants raise this argument for the first time on reply, Plaintiffs have not had occasion to brief the issue.  (*See* Dkt.)  Arguments raised on reply are typically waived.  *Turtle Island Restoration Network v. U.S. Dep't of Com.*, 672 F.3d 1160, 1166 n.8 (9th Cir. 2012).  But where, as here, the untimely argument attacks a party's standing and the court's subject matter jurisdiction, supplemental briefing is appropriate to allow the opposing party to respond.  *See, e.g.*, *Bank of Am., N.A. v. Hidden Canyon Owners Ass'n*, Case No. 2:16-cv-02764-RFB-EJY, 202 WL 1643701, at *3 (D. Nev. April 2, 2020) (ordering supplemental briefing to allow plaintiff to respond to defendant's argument regarding standing and subject matter jurisdiction raised on reply).

Accordingly, the court ORDERS Plaintiffs to file supplemental briefing that addresses the impact, if any, of USCIS's new program waiving the fees for Afghan nationals' work authorization renewals on Plaintiffs Fayez Mansor and Shukria Zafari's standing.  (*See* Reply at 3 & n.2.)  Plaintiffs' supplemental brief shall not exceed 1,500 words and shall be filed by no later than **July 12, 2023**.  Defendants may file a response not to exceed 1,000 words by no later than **July 14, 2023**.  The Clerk is DIRECTED to renote Defendants' motion to dismiss (Dkt. # 42), as well as Plaintiffs' motions for class certification (Dkt. # 2) and for a preliminary injunction (Dkt. # 3), for July 14, 2023.

Filed and entered this 30th day of June, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 3