IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYEZ MANSOR, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br>*Defendants*. | No: 2:23-cv-347-JLR <br><br>The Honorable James L. Robart <br><br>**[PROPOSED]** ORDER |

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, the Court hereby orders the following:

(1) Defendants shall file the Certified Administrative Record by November 7, 2023;

(2) The Parties shall meet and confer on the scope of any extra-record discovery by November 22, 2023;

(3) The Parties shall submit a Combined Joint Status Report and Discovery Plan as contemplated by this Court's Order (ECF No. 60), which shall include their respective positions on whether the Parties should exchange initial disclosures by December 22, 2023.

IT IS SO ORDERED on this 30th of October, 2023.

_____
Hon. James L. Robart
U.S. District Court Senior Judge

Presented this 27th day of October, 2023, by:

/s/ Matt Adams
Matt Adams
NORTHWEST IMMIGRATION RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

*Attorney for Plaintiffs.*

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

    /s/ *Kevin Hirst*
KEVIN HIRST
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-8536
Email: kevin.c.hirst@usdoj.gov

*Attorney for Defendants.*

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

3