# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

FAYEZ MANSOR, *et al.*,

        *Plaintiffs*,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, *et al.*,

        *Defendants*.

No: 2:23-cv-347

The Honorable James L. Robart

~~[PROPOSED]~~ ORDER

~~[PROPOSED]~~ ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-8536

1

1

~~[PROPOSED]~~ ORDER

2          Upon consideration of Defendants' Unopposed Motion for Leave to Amend the Answer

3 (Dkt. # 82), and for good cause shown, it is hereby ORDERED that the motion is GRANTED. It

4 is further ORDERED that Defendants shall file their Second Amended Answer within 14 days of

5 the filing of this order.

6

7 IT IS SO ORDERED on this 30th day of August, 2024.

8

9

10                                                        _____

11                                                        Hon. James L. Robart

12                                                        U.S. District Court Senior Judge

13

14 Presented this 29th day of August, 2024, by:

15                                                        */s/Kevin Hirst*

16                                                        KEVIN HIRST

17                                                        Trial Attorney

                                                         U.S. Department of Justice

18                                                        Office of Immigration Litigation

                                                         District Court Section

19                                                        P.O. Box 8686, Ben Franklin Station

                                                         Washington, DC 20044

20                                                        Telephone: (202) 353-8536

21                                                        Email: kevin.c.hirst@usdoj.gov

22                                                        *Attorney for Defendants.*

23

24

25

26

27 ~~[PROPOSED]~~ ORDER                          U.S. Department of Justice, Civil Division
                                                         Office of Immigration Litigation
   Case No. 2:23-cv-347                                P.O. Box 868, Ben Franklin Station
28                                                        Washington, D.C. 20044
                                                         (202) 353-8536