IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYEZ MANSOR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | No: 2:23-cv-347<br><br>The Honorable James L. Robart<br><br>**[PROPOSED]** ORDER |

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

1

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties (ECF No. 85), and good cause having been shown, it is hereby ORDERED that the parties' deadline to file dispositive motions, including motions for summary judgment, shall be extended, by fourteen days, until October 29, 2024. It is FURTHER ORDERED that the trial deadlines in this Court's February 6, 2024, Order (ECF No. 76) are vacated.

IT IS SO ORDERED on this 10th of September, 2024.

_____
Hon. James L. Robart
U.S. District Court Senior Judge

Presented this 9th day of September, 2024, by:

/s/Mary L. Larakers
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 8686, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-9369
Email: mary.l.larakers@usdoj.gov

*Attorney for Defendants.*

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

2