IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYEZ MANSOR, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    *Defendants*. | No: 2:23-cv-00347-JLR<br><br>The Honorable James L. Robart<br><br>[PROPOSED] ORDER |

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

1

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties (ECF No. 87), and good cause having been shown, it is hereby ORDERED that the Parties' deadline to file dispositive motions, including motions for summary judgment, shall be extended, by fourteen days, until November 12, 2024. The Parties shall file their responses by December 6, 2024. The Parties shall file replies in support of their motions by December 13, 2024.

IT IS SO ORDERED on this 21st day of October, 2024.

*[signature]*
Hon. James L. Robart
U.S. District Court Senior Judge

Presented this 21st day of October, 2024, by:

*/s/Kevin Hirst*
KEVIN HIRST
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-8536
Email: kevin.c.hirst@usdoj.gov

*Attorney for Defendants.*

[PROPOSED] ORDER
Case No. 2:23-cv-347

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9369

2