UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAYEZ MANSOR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　　Defendants. | CASE NO. C23-0347JLR<br><br>ORDER |

Since February 2025, the parties' cross motions for summary judgment in this case have been stayed pending Defendant U.S. Citizenship and Immigration Services' ("USCIS") review of the Prima Facie Eligibility Streamlined Case Processing ("PFE SCP") system for adjudicating concurrently-filed applications for employment authorization and temporary protected status ("TPS"), which is the subject of the parties' cross motions. (Plfs. MSJ (Dkt. # 89); Defs. MSJ (Dkt. # 92).) Defendants have timely filed status reports apprising the court of USCIS's progress in reviewing the TPS SCP

ORDER - 1

and TPS PFE SCP systems.  (*See, e.g.*, 3/14/25 Status Report (Dkt. # 102); 4/14/25 Status Report (Dkt. # 105).)

On March 14, 2025, Defendants indicated that the Senior Advisor for the Director's Office of USCIS had "submitted recommendations based on his in-depth review of TPS PFE SCP" and that "USCIS [was] internally deliberating next steps regarding TPS SCP and TPS PFE SCP."  (3/14/25 Status Report at 3 (citing McDermott Decl. (Dkt. # 103) ¶¶ 1, 8-9).)  On April 28, 2025, Defendants filed an updated status report indicating that "USCIS continues to internally deliberate next steps regarding TPS SCP and TPS PFE SCP and whether to make changes to USCIS's adjudicatory practices as described in Defendants' motion for summary judgment."  (4/28/25 Status Report (Dkt. # 108) at 3.)  Defendants represent that USCIS needs "additional time to deliberate and come to a final decision on next steps" and request that the court stay the parties' cross motions until May 12, 2025.  (*Id.* at 4.)  The court notes that it has granted several stays in this matter and is hesitant to continue doing so for an indefinite period of time.  (*See* Stay Orders (Dkt. ## 101, 104, 107).)  However, because the court cannot anticipate whether or how the Defendants' review of the processing systems at issue will affect the parties' arguments in support of their respective cross motions, the court concludes that continuing the stay is appropriate at this time.

//

//

//

ORDER - 2

1     Accordingly, the court DIRECTS the Clerk to renote the parties' cross motions for
2 summary judgment (Dkt. ## 89, 92) for **May 12, 2025**. Defendants are ORDERED to
3 file a report regarding the status of USCIS's review and its effect, if any, on the pending
4 cross motions by **May 12, 2025.**

5     Dated this 29th day of April, 2025.

                                            JAMES L. ROBART
                                            United States District Judge