UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAYEZ MANSOR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br>et al.,<br><br>　　　　　Defendants. | CASE NO. C23-0347JLR<br><br>ORDER |

Before the court is Defendants' May 12, 2025 status report apprising the court of

Defendant U.S. Citizenship and Immigration Services' ("USCIS") progress in reviewing

the Prima Facie Eligibility Streamlined Case Processing ("PFE SCP") system for

adjudicating concurrently-filed applications for employment authorization and temporary

ORDER - 1

protected status ("TPS"), which is the subject of the parties' cross motions. (5/12/25 Status Report (Dkt. # 110); see Plfs. MSJ; Defs. MSJ.)[1]

In their latest status report, Defendants represent that, following the Senior Advisor for the Director's Office of USCIS's submission of certain recommendations related to the TPS SCP and TPS PFE SCP systems, the Acting Associate Director of USCIS's Fraud Detection and National Security Directorate "reviewed data and pattern analysis for TPS employment authorizations, which revealed numerous quality assurance issus with the current iteration of TPS PFE SCP." (5/12/25 Status Report at 3-4 (citing Knafla Decl. (Dkt. # 110-1) ¶¶ 5-6.) Defendants also report that USCIS "continues to review these findings and [] recommendations . . . to determine what additional steps should be taken to ensure the integrity" of the processes at issue. (*Id.* at 4.) Defendants request an additional 30-day stay of the parties' cross motions, until June 11, 2025, to permit USCIS to "review its internal findings and recommendations and come to a final decision on what, if any, modifications to make to the TPS PFE SCP process." (*Id.*)

Because the court cannot anticipate whether or how the Defendants' review of the processing systems at issue will affect the parties' arguments in support of their respective cross motions, the court concludes that continuing the stay is appropriate at this time. The court DIRECTS the Clerk to renote the parties' cross motions for

---

[1] The parties' cross motions for summary judgment have been stayed since February 2025 pending USCIS's review of the TPS SCP and TPS PFE SCP systems. (*See* Plfs. MSJ (Dkt. # 89); Defs. MSJ (Dkt. # 92).) The court detailed the factual background related to the parties' cross motions and the court's decision to stay the parties' cross motions in its prior orders continuing the stay and does not repeat that background here. (*See* 2/18/25 Order (Dkt. # 101); 3/17/25 Order (Dkt. # 104); 4/15/25 Order (Dkt. # 107); 4/29/25 Order (Dkt. # 109).)

summary judgment (Dkt. ## 89, 92) for **June 11, 2025**. Defendants are ORDERED to file a report regarding the status of USCIS's review and its effect, if any, on the pending cross motions by **June 11, 2025**.

Dated this 13th day of May, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 3