UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAYEZ MANSOR, et al.,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>    Defendants. | CASE NO. C23-0347JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of (1) Defendants' motion to amend the court's December 1, 2025 order and judgment pursuant to Federal Rule of Civil Procedure 59(e) and (2) the parties' stipulated motion to file over-length motion and opposition briefs. (MTA (Dkt. # 131); Stip. Mot. (Dkt. # 129); *see also* 12/1/25 Order (Dkt. # 126); Judgment (Dkt. # 127).) According to Rule 59(e), the deadline for a motion to amend is 28 days after the

MINUTE ORDER - 1

entry of judgment.  Fed. R. Civ. P. 59(e).  According to Local Civil Rule 7(e)(2), motions to amend shall not exceed 4,200 words, except as otherwise provided by court order or rule.  Local Rules W.D. Wash. LCR 7(e)(2).  According to Local Civil Rule 7(f)(1), "motions seeking approval to file an over-length motion or brief are disfavored" and must be filed "no later than three days before the underlying motion or brief is due[.]"  *Id*. LCR 7(f)(1).

Defendants, however, filed both motions on December 29, 2025, thereby violating Rule 7(e)(2) and 7(f)(1).  (*See generally* Dkt.)  The parties may not stipulate to set aside the District's Local Civil Rules.  Because the parties did not timely request the court's leave for Defendants to file an over-length motion, the court DENIES the stipulated motion to file an over-length motion and opposition as untimely and STRIKES the motion to amend (Dkt. # 131) for failure to comply with Rule 7(e)(2).  The court ORDERS Defendants to file a motion to amend that complies with Local Civil Rule 7(e)(2) by **January 7, 2026, at 12:00 p.m. (PT)**.  The court also DENIES Plaintiff's request to file an overlength opposition to Defendants' motion.

//
//
//
//
//
//
//

MINUTE ORDER - 2

The court reprimands counsel for the parties for their failure to follow the Local Civil Rules and admonishes them that future misconduct of this nature may result in sanctions.  See Local Rules W.D. Wash. LCR 11(c).

Filed and entered this  5th  day of January, 2026.

                               RAVI SUBRAMANIAN
                               Clerk of Court

                               s/ Ashleigh Drecktrah
                               Deputy Clerk